RECEIVED

JAN 18 2008
Jan 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

Stanley Brzozowski

v.

**Defendant(s)**

Robert Lohman
Michael Chernik
Paul Peraino
Richard A. Devine (States Attorney)
Brownins-Safe Corporation

08CV417
JUDGE CONLON
MAGISTRATE JUDGE NOLAN

## COMPLAINT

ON Febuary 21st 2006 The following Police-officers Named above Came to My Wife's Redisenc Which is 2450 N. Leclaire, Chicago Ill 60639. Her name is Camy Brzozowski. With A false-Search-Warrant and gained Access to My Wifes-Safe. They obtained the Combanation to the Safe. Thru Brownins Safe Corp. Took All property out of the Safe. That Belonged To Me, My Wife, Daughter. When I went To Court. The State Refused to give it Back to Me.

Stanley Brzozowski
1-18-08