

FILED
JAN 18 2008
Jan 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Stanley Brzozowski**
(Please print)

STREET ADDRESS: 2632 N. Thatcher

CITY/STATE/ZIP: River Grove Ill 60171

PHONE NUMBER (708) 372-9680

CASE NUMBER: 08CV417
JUDGE CONLON
MAGISTRATE JUDGE NOLAN

_Stanley Brzozowski_   1-18-08
Signature    Date