# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0417 | **DATE** | 1/29/2008 |
| **CASE TITLE** | STANLEY BRZOZOWSKI vs. ROBERT LOHMAN, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's application for leave to proceed in forma pauperis is denied. Plaintiff shall pay the filing fee by February 15, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|