# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0417 | **DATE** | 2/19/2008 |
| **CASE TITLE** | STANLEY BRZOZOWSKI vs. ROBERT LOHMAN, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's second application to proceed as a pauper is stricken. *See* order of 1/29/2008. Plaintiff's motion for appointment of counsel is denied without prejudice to reconsideration after defendants respond to the complaint. Plaintiff shall promptly serve summons and the complaint on each defendant, with a copy of this scheduling order. The parties shall comply with the mandatory disclosure provisions of Fed.R.Civ.P. 26(a) by March 28, 2008. All discovery shall be completed and any dispositive motions shall be filed with supporting memoranda by June 30, 2008. The parties shall present the joint final pretrial order and agreed pattern jury instructions on July 21, 2008 at 9:00 a.m.; plaintiff's draft pretrial order shall be given to defendants by July 11, 2008. The case is placed on the August trial calendar. FIRM DATES. Pro se litigants may seek assistance through the District Court self-help assistance program by making an appointment at the Clerk's Office Intake Desk on the 20th floor or by calling 312-435-5691.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|