# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 417 | **DATE** | 5/1/2008 |
| **CASE TITLE** | STANLEY BRZOZOWSKI vs. ROBERT LOHMAN, *et al.* | | |

**DOCKET ENTRY TEXT**

Plaintiff's one-page complaint alleges the contents of his wife's safe were stolen by defendants who failed to return family belongings. Construed liberally, the complaint does not invoke any basis for federal jurisdiction. The case is dismissed without prejudice. All set dates are vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|