# United States District Court
## Northern District of Illinois
### Eastern Division

STANLEY BRZOZOWSKI                      **JUDGMENT IN A CIVIL CASE**

v.                                      Case Number: 08 C 417

ROBERT LOHMAN, MICHAEL CHERNIK,
PAUL PERAINO, RICHARD DEVINE,
BROWNING-SAFE CORPORATION

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 5/1/2008         /s/ Willia Harmon, Deputy Clerk